UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

DANNY COOK,                        ) Case No. EDCV 11-29 JC
                                   )
                 Plaintiff,        )
                                   ) JUDGMENT
         v.                        )
                                   )
                                   )
MICHAEL J. ASTRUE,                 )
Commissioner of Social             )
Security,                          )
                                   )
                 Defendant.        )
_____

IT IS HEREBY ADJUDGED that the decision of the Commissioner of Social Security is reversed in part and the matter is remanded for further administrative action consistent with the Memorandum Opinion and Order of Remand filed concurrently herewith.

DATED:  September 30, 2011

_____
                                        /s/
                      Honorable Jacqueline Chooljian
                      UNITED STATES MAGISTRATE JUDGE